JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

OMAR GEORGE ISHO,

Petitioner,

v.

D. MARIN. et al.,

Respondents.

Case No. EDCV 26-0764-CV (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: 8/31/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE